UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY DREDGING, LLC | CIVIL ACTION |
| v. | NO. 09-3278 |
| BAYOU FLEET, INCORPORATED and CENAC TOWING CO., INC. | SECTION "F" |

ORDER

Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing on the motion. No memoranda in opposition to Bayou Fleet, Inc.'s motion for summary judgment, set for hearing on April 21, 2010, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit,[1]

---

[1] Bayou Fleet has submitted evidence from an eye witness, who confirmed that the KITTY CENAC was under its own power and did not break away from the Bayou Fleet and drift into the BELLA ROSE. Accordingly, Bayou Fleet contends that Beverly Dredging has no evidence to support its claim for general maritime negligence against it because Beverly Dredging has no evidence supporting its contention that the vessel broke away from the fleet and drifted into the BELLA ROSE. Beverly Dredging has submitted no evidence in support of its claim against Bayou Fleet. Summary relief is appropriate. "'A complete failure of proof concerning an essential element of the non-moving party's case necessarily renders all other fact immaterial' and 'mandates the entry of summary judgment' for the moving party." United States ex rel. v. City of Houston, 523 F.3d 333, 337 (5th Cir. 2008) (quoting Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986)).

1

IT IS ORDERED that the defendant's motion for summary judgment is GRANTED as unopposed. The plaintiff's claim against defendant Bayou Fleet is hereby dismissed.

New Orleans, Louisiana, April 16, 2010

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE